**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

KEVIN & KAREN SCHEUNEMANN,

        Plaintiff,

      -vs-                   Case No:  2:09CV01041

BRACHFELD & ASSOCIATES,         Formerly Case No: 2009-CV-001291
"A collection law firm,"               Washington County Circuit Court
a/k/a Meridian Management Solutions,
a/k/a Erica Lynn Brachfeld & Associates, P.C.,
a/k/a California Meridian Management Solutions,
a/k/a The Minority Legal Network,

        Defendants.

**OFFER OF JUDGMENT**

      TO:   KEVIN SCHEUNEMANN     KAREN SCHEUNEMANN
           210 Dream Catcher Drive     210 Dream Catcher Drive
           Kewaskum, WI  53040         Kewaskum, WI  53040

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Brachfeld Law Group, P.C., f/k/a Erica L. Brachfeld, P.C., d/b/a Brachfeld & Associates, offers to settle this action for a total of $2,000 plus costs.

      This Offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure, which provides that in the event this Offer is not accepted within fourteen (14) days after receipt of same, and if the judgment that the Offeree finally obtains is not more favorable than the unaccepted offer, the Offeree must pay the costs incurred after the Offer was made.

Dated at Milwaukee, Wisconsin this  8th day of October, 2010.


/s/ Julia B. Semenak

_____

Timothy J. Strattner
State Bar No:  1014877
Julia B. Semenak
State Bar No:  1069234
BORGELT, POWELL, PETERSON
& FRAUEN, S.C
735 North Water Street, 15th Floor
Milwaukee, WI  53202-4188
Phone:  (414) 276-3600
(Fax)  (414) 276-0172
E-mail:  tstrattner@borgelt.com
            jruff@borgelt.com

2